UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIFER SUPPORT SERVICES LLC, a Washington for profit business doing business as 196th St. SW AM/PM,<br><br>Plaintiff,<br><br>v.<br><br>LYNDON SOUTHERN INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | CASE NO. 2:23-cv-1260<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On March 22, 2024, this Court signed a stipulated protective order between Plaintiff Fifer Support Services LLC ("Fifer") and Defendant Lyndon Southern Insurance Company (Lyndon Southern). Dkt. No. 18. On May 7, 2024, Lyndon Southern filed a "Stipulated Protective Order Regarding Wayne Fueling Systems, LLC" signed by both Lyndon Southern and non-party Wayne Fueling Systems, LLC. Dkt. No. 19.

MINUTE ORDER - 1

As a third party, Wayne Fueling Systems, LLC can enter into an agreement with the parties using Exhibit A of the original stipulated protective order. *See* Dkt. No. 18. Accordingly, the Court DENIES without prejudice the stipulation between Lyndon Southern and Wayne Fueling Systems, LLC, Dkt. No. 19.

Dated this 9th day of May 2024.

Ravi Subramanian
Clerk
*/s/Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2