UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIFER SUPPORT SERVICES LLC dba 196th ST. SW AM/PM, a Washington for profit business,<br><br>Plaintiff,<br><br>v.<br><br>LYNDON SOUTHERN INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | CASE NO. 2:23-cv-1260<br><br>ORDER SETTING TRIAL DATE AND RELATED DATES |

## SCHEDULING DEADLINES

Having reviewed the parties' stipulated motion and proposed order to continue trial and amend case schedule, Dkt. No. 39, the Court finds good cause to continue the trial date and sets the following trial and related dates:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | April 7, 2025 |
| Length of trial | 4-6 days |
| Disclosure of expert testimony under | September 9, 2024 |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
|---|---|
| Fed. R. Civ. P. 26(a)(2) | |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | October 9, 2024 |
| Discovery completed by | November 8, 2024 |
| All dispositive motions and motions challenging expert witness testimony (i.e., *Daubert* motions) must be filed by (*see* LCR 7(d)) | December 8, 2024 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | February 6, 2025 |
| All motions in limine must be filed by (*see* LCR 7(d)) | February 26, 2025 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | March 17, 2025 |
| Agreed pretrial order due | March 17, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | March 24, 2025 |
| Pretrial conference | March 31, 2025 |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this

ORDER SETTING TRIAL & RELATED DATES - 2

Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 30th day of July, 2024.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 3