UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIFER SUPPORT SERVICES LLC, a Washington for-profit business doing business as 196th St. SW AM/PM,<br><br>Plaintiff,<br><br>v.<br><br>LYNDON SOUTHERN INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | CASE NO. 2:23-cv-1260<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On August 21, 2024, Defendant Lyndon Southern Insurance Company moved to strike Plaintiff Fifer Support Services LLC's experts, Robert Garretson, David Linn, and Michael T. Muller. Dkt. No. 42. Lyndon's motion remains pending. Fifer failed to respond to the motion, which ordinarily means that the Court will treat the non-opposition as an admission that the motion has merit. *See* LCR 7(b)(2).

MINUTE ORDER - 1

Around the same time, Fifer moved to extend the expert disclosure deadline only to withdraw the motion later. Dkt. Nos. 44, 46. So it is unclear whether the parties have resolved their dispute about experts or if a ruling is expected. Accordingly, the Court orders the parties to file a joint status report within seven (7) days of this Order updating the Court about the status of Lyndon's motion to strike, stating whether they require a ruling.

Dated this 20th day of November 2024.

Ravi Subramanian
Clerk
/s/ Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2