THE HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIFER SUPPORT SERVICES, LLC dba 196th ST. SW AM/PM, a Washington for profit business,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>LYNDON SOUTHERN INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>　　　　　　Defendant | No. 2:23-cv-01260-JNW<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE BY 30 DAYS**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 6, 2024** |

### I.   STIPULATED MOTION

The parties, by and through their undersigned counsel of record, hereby stipulate and jointly request that the Court continue the dispositive motion deadline by 30 days and amend the case schedule (Dkt. 41) pursuant to Fed. R. Civ. P. Rule 6 and LCR 10(g).

### II.   LEGAL AUTHORITY

**A.   <u>Applicable Legal Standard</u>**

A [case] schedule may be modified only for good cause and with the judge's c\onsent. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(6) ("A schedule may be modified only for good cause and with the judge's consent."). The decision to modify a scheduling order is within the

STIPULATION AND ORDER TO
EXTEND DISPOSITIVE MOTION DEADLINE BY 30 DAYS – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  broad discretion of the district court. *See Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604,
2  607 (9th Cir. 1992).

3  B.    **Good Cause Exists to Extend the Dispositive Motion Deadline**

4      Good cause exists for a continuance in this matter. The Parties have been, and continue
5  to engage in, potential resolution of this matter. On November 21, 2024, the parties engaged in
6  mediation, and have been engaged in ongoing, productive settlement discussions. Plaintiff has
7  requested that, to continue to facilitate these discussions, Lyndon strike its Motion for Summary
8  Judgment. Lyndon is willing to do so to facilitate potential resolution, but for the December 8,
9  2024 dispositive motion deadline. Dkt. 41. The parties have conferred and agree that an extension
10 of this deadline by 30 days would allow the parties to continue its settlement discussions. Upon
11 entry of this extension, Lyndon will strike its Motion for Summary Judgment, relieving Plaintiff
12 of its obligation to respond by December 11th.

13     DATED this 6th day of December, 2024.

14                                    **LEVY | VON BECK | COMSTOCK | P.S.**

15                                    */s/ Jennifer Tait Solseng*
                                      Dave von Beck, WSBA No. 26166
16                                    Jennifer Tait Solseng, WSBA No. 56909
                                      1200 Fifth Avenue, Suite 1850
17                                    Seattle, WA 98101
                                      Ph: 206.626.5444
18                                    dmvonbeck@levy-law.com
                                      jennifer@levy-law.com
19                                    *Attorneys for Plaintiff*

20                                    **LETHER LAW GROUP**

21                                    */s/ Thomas Lether*
                                      Thomas Lether, WSBA No. 18089
22                                    Eric Neal, WSBA No. 31863
                                      Kasie Kashimoto, WSBA No. 54268
23                                    LETHER LAW GROUP
                                      1848 Westlake Ave. N, Suite 100

STIPULATION AND ORDER TO
EXTEND DISPOSITIVE MOTION DEADLINE BY 30 DAYS – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1
2
3
                                         Seattle, WA 98109
                                         Ph: 206.467.5444
                                         tlether@letherlaw.com
                                         kkashimoto@letherlaw.com
                                         eneal@letherlaw.com
                                         *Attorneys for Defendant*

//

STIPULATION AND ORDER TO
EXTEND DISPOSITIVE MOTION DEADLINE BY 30 DAYS – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

### III.   ORDER

The Court having reviewed the above Stipulated Motion, hereby ORDERS that the Dispositive Motion deadline is extended 30 days to January 8, 2025.

DATED this 9th day of December, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

STIPULATION AND ORDER TO
EXTEND DISPOSITIVE MOTION DEADLINE BY 30 DAYS – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Dave von Beck, WSBA #26166
Jennifer Solseng, WSBA #29475
Levy von Beck Comstock, PS
1200 5th Ave Ste 1850
Seattle, WA 98101
(206) 626-5444
dmvonbeck@levy-law.com
jennifer@levy-law.com
maggie@levy-law.com
*Counsel for Plaintiff Fifer Support Services, LLC*

**By:**   ☐ **First Class Mail**   ☒ **ECF/Email**   ☐ **Legal Messenger**

Dated this 6th day of December 2024 at Seattle, Washington.

*/s/Devon Sheehan*
Devon Sheehan | Paralegal

STIPULATION AND ORDER TO
EXTEND DISPOSITIVE MOTION DEADLINE BY 30 DAYS – 5

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544