HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIFER SUPPORT SERVICES, LLC dba 196th ST. SW AM/PM, a Washington for profit business,<br><br>                Plaintiff,<br>   v.<br><br>LYNDON SOUTHERN INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>                Defendant. | NO. 2:23-cv-01260-JNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SEEK DISMISSAL**<br><br>**Noting Date: March 26, 2025** |

## I.    STIPULATION

The parties stipulate and jointly move for an Order to allow the parties an extension of 60 days to seek dismissal of this action to allow time for delivery of the final funds.

IT IS SO AGREED, THROUGH COUNSEL OF RECORD.

DATED this 26 March 2025.

| | |
|---|---|
| */s/ Jennifer Tait Solseng*<br>Dave von Beck, WSBA No. 26166<br>Jennifer Tait Solseng, WSBA No. 29475<br>Claire W. Boren, WSBA No. 56909<br>**LEVY \| VON BECK \| COMSTOCK \| P.S.** | */s/ Ellen McGraw\**<br>Thomas Lether, WSBA No. 18089<br>Kasie Kashimoto, WSBA No. 54268<br>Eric Neal, WSBA No. 31863<br>Ellen McGraw, WSBA No. 60240 |

STIPULATION TO EXTEND DEADLINE TO SEEK DISMISSAL
NO. 2:23-cv-01260-JNW

Page **1** of 4

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

1 | 1200 Fifth Avenue, Suite 1850
Seattle, WA 98101 206.626.5444
dmvonbeck@levy-law.com
jennifer@levy-law.com
claire@levy-law.com
***Attorneys for Plaintiff***

**LETHER LAW GROUP**
1848 Westlake Ave. N
Seattle, WA 98109-8801
206.498.0693
tlether@letherlaw.com
Kkashimoto@letherlaw.com
Eneal@letherlaw.com
Emcgraw@letherlaw.com
***Attorneys for Defendant***

STIPULATION TO EXTEND DEADLINE TO SEEK DISMISSAL
NO. 2:23-cv-01260-JNW

Page **2** of **4**

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

## II.   ORDER

Based on the stipulation of the parties, and good cause appearing, it is hereby ORDERED that the parties are granted an additional 60 days to seek dismissal of this action.

DATED this 26th day of March 2025.

Jamal N. Whitehead
United States District Judge

Presented by:

/s/ Jennifer Tait Solseng
Dave von Beck, WSBA No. 26166
Jennifer Tait Solseng, WSBA No. 29475
Claire W. Boren, WSBA No. 56909
**LEVY | VON BECK | COMSTOCK | P.S.**
1200 Fifth Avenue, Suite 1850
Seattle, WA 98101 206.626.5444
dmvonbeck@levy-law.com
jennifer@levy-law.com
claire@levy-law.com
***Attorneys for Plaintiff***

/s/ Ellen McGraw*
Thomas Lether, WSBA No. 18089
Kasie Kashimoto, WSBA No. 54268
Eric Neal, WSBA No. 31863
Ellen McGraw, WSBA No. 60240
**LETHER LAW GROUP**
1848 Westlake Ave. N
Seattle, WA 98109-8801
206.498.0693
tlether@letherlaw.com
Kkashimoto@letherlaw.com
Eneal@letherlaw.com
Emcgraw@letherlaw.com
***Attorneys for Defendant***

*Permission to add e-signature authorized via email

STIPULATION TO EXTEND DEADLINE TO SEEK DISMISSAL
NO. 2:23-cv-01260-JNW

Page 3 of 4

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

Thomas Lether, WSBA No. 18089
Kasie Kashimoto, WSBA No. 54268
Eric Neal, WSBA No. 31863
Ellen McGraw, WSBA No. 60240
Lether Law Group
1848 Westlake Ave. N
Seattle, WA 98109-8801
206.498.0693
tlether@letherlaw.com
Kkashimoto@letherlaw.com
Eneal@letherlaw.com
Emcgraw@letherlaw.com

DATED this 26 March 2025 at Seattle, Washington.

/s/ Maggie Ciszewski
Maggie Ciszewski, Paralegal

STIPULATION TO EXTEND DEADLINE TO SEEK DISMISSAL
NO. 2:23-cv-01260-JNW

Page 4 of 4

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444