HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIFER SUPPORT SERVICES, LLC dba 196th ST. SW AM/PM, a Washington for profit business,<br><br>Plaintiff,<br><br>v.<br><br>LYNDON SOUTHERN INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | NO. 2:23-cv-01260-JNW<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>**Noting Date: April 9, 2025** |

## I.  STIPULATION

The parties stipulate and jointly move for an Order dismissing this action and all claims asserted with prejudice and with each party bearing their own attorney's fees and costs.

IT IS SO AGREED, THROUGH COUNSEL OF RECORD.

DATED this 9 April 2025.

//

//

//

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS
NO. 2:23-cv-01260-JNW

Page **1** of **4**

LEVY | VON BECK | COMSTOCK  P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

| | |
|---|---|
| _/s/ Jennifer Tait Solseng_ | _/s/ Ellen McGraw*_ |
| Dave von Beck, WSBA No. 26166 | Thomas Lether, WSBA No. 18089 |
| Jennifer Tait Solseng, WSBA No. 29475 | Kasie Kashimoto, WSBA No. 54268 |
| Claire W. Boren, WSBA No. 56909 | Eric Neal, WSBA No. 31863 |
| **LEVY \| VON BECK \| COMSTOCK \| P.S.** | Ellen McGraw, WSBA No. 60240 |
| 1200 Fifth Avenue, Suite 1850 | **LETHER LAW GROUP** |
| Seattle, WA 98101 206.626.5444 | 1848 Westlake Ave. N |
| dmvonbeck@levy-law.com | Seattle, WA 98109-8801 |
| jennifer@levy-law.com | 206.498.0693 |
| **_Attorneys for Plaintiff_** | tlether@letherlaw.com |
| | Kkashimoto@letherlaw.com |
| | Eneal@letherlaw.com |
| | Emcgraw@letherlaw.com |
| | **_Attorneys for Defendant_** |

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS
NO. 2:23-cv-01260-JNW

Page **2** of **4**

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

## II.  ORDER

Based on the stipulation of the parties, and good cause appearing, it is hereby ORDERED that this action and all claims asserted are dismissed with prejudice and with each party bearing their own attorney's fees and costs.

DATED this 18th day of April 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

 /s/ Jennifer Tait Solseng
Dave von Beck, WSBA No. 26166
Jennifer Tait Solseng, WSBA No. 29475
Claire W. Boren, WSBA No. 56909
**LEVY | VON BECK | COMSTOCK | P.S.**
1200 Fifth Avenue, Suite 1850
Seattle, WA 98101206.626.5444
dmvonbeck@levy-law.com
jennifer@levy-law.com
claire@levy-law.com
*Attorneys for Plaintiff*

 /s/ Ellen McGraw*
Thomas Lether, WSBA No. 18089
Kasie Kashimoto, WSBA No. 54268
Eric Neal, WSBA No. 31863
Ellen McGraw, WSBA No. 60240
**LETHER LAW GROUP**
1848 Westlake Ave. N
Seattle, WA 98109-8801
206.498.0693
tlether@letherlaw.com
Kkashimoto@letherlaw.com
Eneal@letherlaw.com
Emcgraw@letherlaw.com
*Attorneys for Defendant*

*Permission to add e-signature authorized via email

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS
NO. 2:23-cv-01260-JNW

Page **3** of 4

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

Thomas Lether, WSBA No. 18089
Kasie Kashimoto, WSBA No. 54268
Eric Neal, WSBA No. 31863
Ellen McGraw, WSBA No. 60240
Lether Law Group
1848 Westlake Ave. N
Seattle, WA 98109-8801
206.498.0693
tlether@letherlaw.com
Kkashimoto@letherlaw.com
Eneal@letherlaw.com
Emcgraw@letherlaw.com

DATED 9 April 2025 at Seattle, Washington.

/s/ Maggie Ciszewski
Maggie Ciszewski, Paralegal

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS
NO. 2:23-cv-01260-JNW

Page **4** of **4**

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444